IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Patty Cleckler,  )
 )
    Plaintiff,  )
 )  CASE NO. 2:07cv578 -F
v.  )
 )
DaimlerChrysler Company, LLC, et al.,  )
 )
    Defendants,  )

RECEIVED 2007 JUN 25 A 9:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _DaimlerChrysler Company, LLC_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

■ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| DaimlerChrysler AG | parent corporation |
| DaimlerChrysler North America Holding Corp. | parent corporation |
| DaimlerChrysler Holding Corp. | parent corporation |
| DaimlerChrysler Holding LLC | parent corporation |

6/22/07
Date

(Signature)

Wesley B. Gilchrist
(Counsel's Name)

DaimlerChrysler Company LLC
Counsel for (print names of all parties)

Lightfoot Franklin & White; 400 North 20th Street
Birmingham, Alabama 35203
Address, City, State Zip Code

(205) 581-0735
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

### CERTIFICATE OF SERVICE

I, Wesley B. Gilchrist, do hereby Certify that a true and correct copy of the foregoing has been furnished by US mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of June 20 07, to:

William W. Smith, Esq.; Smith & Alspaugh; 505 N 20th St., Ste. 1100; Birmingham, AL 35203

McCulloch AMC/Jeep; 2606 Hwy 31 S, Decatur, AL 35601

6/22/07
Date

[Signature]
Signature