IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, A.L.C., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER COMPANY LLC;<br>McCULLOCH AMC/JEEP, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07-CV-578-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO SUBSTITUTE EXHIBIT B
TO NOTICE OF REMOVAL**

COMES NOW DaimlerChrysler Company LLC ("DCC LLC") and moves the Court to allow it to substitute an original certified copy of the Articles of Dissolution of McCulloch AMC Jeep Renault, Inc. (attached) for the fax copy of the Articles of Dissolution attached as Exhibit B to DCC LLC's Notice of Removal filed with the Court on June 25, 2007 (Doc. 1). As grounds for this motion, DCC LLC states that the undersigned counsel did not receive the original certified copy of the Articles of Dissolution in time to timely file it with the Notice of Removal.

WHEREFORE, DCC LLC requests the Court allow the substitution of the attached certified copy of Articles of Dissolution as Exhibit B to the Notice of Removal.

                                                      _____
                                                      Wesley B. Gilchrist, Attorney for
                                                      DaimlerChrysler Company, LLC

OF COUNSEL:
Michael L. Bell
mbell@lfwlaw.com
J. Chandler Bailey
cbailey@lfwlaw.com

Wesley B. Gilchrist
*wgilchrist@lfwlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of July, 2007, a true and correct copy of the foregoing was served on the following parties by placing it in the US mail with first-class postage prepaid and addressed as follows:

William W. Smith, Esq.
Smith & Alspaugh, PC
505 N 20th St., Ste. 1100
Birmingham, AL 35203

McCulloch AMC/Jeep
2606 Hwy 31 S
Decatur, AL 35601

_____
Of Counsel

**Beth Chapman**  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

```
as appears on file and of record in this office, the pages
hereto attached, contain a true, accurate and literal copy
of articles of dissolution of McCulloch AMC Jeep Renault,
Inc., as received and filed in the Office of the Secretary
of State of Alabama on October 1, 1990, showing the date
of dissolution as September 28, 1990, the date said
instrument was filed in the office of the Judge of Probate
of Morgan County.
```



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

06/19/07  
Date

Beth Chapman                          Secretary of State

BOOK 42 PAGE 479

STATE OF ALABAMA

COUNTY OF MORGAN    108491

STATEMENT OF INTENT TO DISSOLVE
McCULLOCH AMC JEEP RENAULT, INC.
BY WRITTEN CONSENT OF SHAREHOLDERS



RECEIVED
OCT - 1 1990
SECRETARY OF STATE

To the Judge of Probate of Morgan County, Alabama:

Pursuant to the provisions of Section 10-2A-181 of the Code of Alabama (1975), the undersigned corporation submits the following statement of intent to dissolve McCulloch AMC Jeep Renault, Inc., a corporation, upon written consent of its shareholders:

FIRST: The name of the corporation is McCulloch AMC Jeep Renault, Inc.

SECOND: The names and addresses of its officers are:

| NAME | OFFICE | ADDRESS |
|---|---|---|
| Lee F. McCulloch | President | 1310 Cloverdale, S.W. Decatur, Alabama 35601 |
| Stanley T. McCulloch | Secretary | 2321 Anderson Drive, S.W. Decatur, Alabama 35603 |

THIRD: The name and address of its directors are:

| NAME | ADDRESS |
|---|---|
| Lee F. McCulloch | 1310 Cloverdale, S.W. Decatur, Alabama 35601 |
| Stanley T. McCulloch | 2321 Anderson Drive, S.W. Decatur, Alabama 35603 |

FOURTH: The following written consent to dissolution, which is attached hereto and marked Exhibit "A" and is incorporated herein by reference, has been signed by the sole shareholder of the corporation.

DATED this the 27th day of September, 1990.

McCULLOCH AMC JEEP RENAULT, INC.
a corporation,

BY: _____
    Its President

BY: _____
    Its Secretary

BOOK 42 PAGE 400

STATE OF ALABAMA

COUNTY OF MORGAN

      Before me, the undersigned authority, a Notary Public, personally appeared Stanley T. McCulloch, who being by me first duly sworn, declared that he is the Secretary of McCulloch AMC Jeep Renault, Inc., a corporation, that he signs the foregoing document as Secretary of the corporation, and that the statements therein contained are true.

                                                                AFFIANT

      Sworn to and subscribed to before me this 27th day of September, 1990.

                                        NOTARY PUBLIC

STATE OF ALABAMA

COUNTY OF MORGAN

      Before me, the undersigned authority, a Notary Public, personally appeared Lee F. McCulloch, who being by me first duly sworn, declared that he is the President of McCulloch AMC Jeep Renault, Inc., a corporation, that he signs the foregoing document as President of the corporation, and that the statements therein contained are true.

                                          AFFIANT

      Sworn to and subscribed to before me this 27th day of September, 1990.

                                        NOTARY PUBLIC

cor8

BOOK 42 PAGE 481

EXHIBIT "A"

STATE OF ALABAMA

COUNTY OF MORGAN

### UNANIMOUS CONSENT BY SHAREHOLDER TO McCULLOCH AMC JEEP RENAULT, INC.

The undersigned, Lee F. McCulloch, being the owner and holder of all the outstanding capital stock of McCulloch AMC Jeep Renault, Inc., a corporation, which said corporation was organized in the County of Morgan, State of Alabama, under the laws of the State of Alabama, and with its principal place of business in Morgan County, Alabama, desiring to dissolve said corporation, does hereby agree that the said corporation shall be and it is hereby dissolved.

In witness whereof, I have hereunto set my hand and seal on this the 27th day of September, 1990.

/s/ Lee F. McCulloch
LEE F. McCULLOCH

STATE OF ALABAMA

COUNTY OF MORGAN

I, Stanley T. McCulloch, Secretary of McCulloch AMC Jeep Renault, Inc., a corporation, do hereby certify that Lee F. McCulloch, whose name is signed to the foregoing Consent to Dissolution, constitute the sole stockholder of said corporation.

/s/ Stanley T. McCulloch
SECRETARY

Sworn to and subscribed before me this 27th day of September 1990.

/s/ Notary Public (Darwin)
NOTARY PUBLIC

I, BOBBY DAY, JUDGE OF PROBATE, HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE RECORD OF A CERTAIN _Instrument_ AS THE SAME APPEARS OF RECORD IN THIS OFFICE, THIS Sept 27, 19 90

/s/ Bobby Day
Judge of Probate, Morgan County, AL

1990 SEP 27 PM 3:54
STATE OF ALA. MORGAN CO.

108491

BOOK 42 PAGE ___

STATE OF ALABAMA
COUNTY OF MORGAN

### ARTICLES OF DISSOLUTION OF McCULLOCH AMC JEEP RENAULT, INC.

Pursuant to the provision of Section 10-2A-190 of the <u>Code of Alabama</u> (1975), the undersigned corporation adopts the following Articles of Dissolution for the purpose of dissolving the corporation:

FIRST: The name of the corporation is McCulloch AMC Jeep Renault, Inc.

SECOND: A statement of intent to dissolve the corporation was filed with the Probate Judge of Morgan County, Alabama on September 27, 1990, pursuant to the provisions of Section 10-2A-183 of the <u>Code of Alabama</u> (1975).

THIRD: All debts, obligations and liabilities of the corporation have been paid and discharged, or adequate provision has been made therefore.

FOURTH: All remaining property and assets of the corporation have been distributed among its shareholders, in accordance with their respective rights and interest.

FIFTH: There are no suits pending against the corporation in any court in respect of which adequate provision has not been made for the satisfaction of any judgment, order or decree which may be entered against it.

DATED this the 28th day of September, 1990.

McCULLOCH AMC JEEP RENAULT, INC.
a corporation

BY: _____
   Its President

BY: _____
   Its Secretary

RECEIVED
OCT - 1 1990
SECRETARY OF STATE

STATE OF ALABAMA
COUNTY OF MORGAN

Before me, the undersigned, a Notary Public, this day personally appeared Lee F. McCulloch, who being by me first duly sworn, declares that he is the President of McCulloch AMC Jeep Renault, Inc., that he signs the foregoing document as President of the corporation, and that the statements therein contained are true.

_____
AFFIANT

Sworn to and subscribed to before me this 28th day of September, 1990.

_____
NOTARY PUBLIC

BOOK 42 PAGE 500

STATE OF ALABAMA

COUNTY OF MORGAN

   Before me, the undersigned, a Notary Public, this day personally appeared Stanley T. McCulloch who being by me first duly sworn, declares that he is the Secretary of McCulloch AMC Jeep Renault, Inc., that he signs the foregoing document as Secretary of the corporation, and that the statements therein contained are true.

                 _____
                 AFFIANT

   Sworn to and subscribed to before me this 28th day of September, 1990.

             _____
             NOTARY PUBLIC

cor8

Morgan COUNTY, ALABAMA   BOOK 42 PAGE 501

## CERTIFICATION OF DISSOLUTION
## OF
McCulloch AMC Jeep Renault, Inc.

The undersigned, as Judge of Probate of Morgan County, Alabama, hereby certifies that Articles of Dissolution of

Same as above

duly signed and verified pursuant to the provisions of Section 10-2A-191 of the Alabama Business Corporation Act have been received in this office and are found to conform to law.

Accordingly the undersigned, as such Judge of Probate, and by virtue of the authority vested in him by law, hereby issues this Certificate of Dissolution of

Same as Above, and attaches hereto a certified copy of the Articles of Dissolution.

Dated this the 28 day of September, 1990

_____
JUDGE OF PROBATE

I, BOBBY DAY, JUDGE OF PROBATE, HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE RECORD OF A CERTAIN _Instrument_ AS THE SAME APPEARS OF RECORD IN THIS OFFICE, THIS _Sept 28_, 19_90_

_____
Judge of Probate, Morgan County, AL



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, A.L.C., deceased,<br><br>     Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER COMPANY LLC; McCULLOCH AMC/JEEP, et al.,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    CIVIL ACTION NO. 2:07-CV-578-MEF |

## **ORDER**

This Court, having reviewed the Motion to Substitute Exhibit B to Notice of Removal and the attached original certified copy of Articles of Dissolution, finds that DaimlerChrysler Company LLC's motion is due to be granted.

Therefore, it is ORDERED that the Motion to Substitute Exhibit B to Notice of Removal is hereby GRANTED and the certified copy of Articles of Dissolution of McCulloch AMC Jeep Renault, Inc. is substituted as Exhibit B to the Notice of Removal.

DONE this _____ day of July, 2007.

_____
United States District Court Judge

cc:     All counsel of record