IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter, A.LC., deceased, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-578-MEF |
| DAIMLERCHRYSLER CORPORATION, INC., *et al.* , | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Substitute Exhibit B to Notice of Removal (Doc. #4) on July 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE