IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATTY CLECKLER, as the natural | ) | |
| mother of her minor daughter, A.LC., | ) | |
| deceased, | ) | |
|        Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-578-MEF |
| | ) | |
| DAIMLERCHRYSLER CORPORATION, | ) | |
| INC., *et al.* , | ) | |
| | ) | |
|       Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendant's Objection to And Unopposed Motion to Amend the Uniform Scheduling Order (Doc. #9) filed on October 5, 2007, it is hereby

ORDERED that the motion is GRANTED. Section 8 of the Uniform Scheduling Order (Doc. #8) entered on September 21, 2007 shall read as follows:

**SECTION 8. The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:**

**From the plaintiff(s) – May 16, 2008.**

**From the defendant(s) – August 29, 2008.**

**The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.**

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE