IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, ALC, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL NO. 2:07-CV-578-MEF |
| ) | |
| DAIMLERCHRYSLER COMPANY LLC; McCULLOCH AMC/JEEP, et al., ) ) ) | |
| Defendants. ) | |

**NOTICE TO ATTORNEY GENERAL OF ALABAMA
OF PLEADING OF UNCONSTITUTIONALITY**

Pursuant to Alabama Code § 6-6-227, Chrysler LLC (formerly known as DaimlerChrysler Company LLC), formerly DaimlerChrysler Corporation by conversion effective March 31, 2007, hereby notifies the Attorney General of Alabama of its pleading of unconstitutionality. Defendant hereby provides to the Attorney General a copy of its Answer to the Complaint in the above-styled action, wherein Chrysler LLC pleads constitutional defenses to Plaintiff's claims for punitive damages.

_____
Attorney for Chrysler LLC

OF COUNSEL:
Michael L. Bell (BELLM6182)
*mbell@lfwlaw.com*
J. Chandler Bailey (BAILC4526)
*cbailey@lfwlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lfwlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

This is to certify that on this ___/5/2___ day of October, 2007, a true and correct copy of the foregoing was served on the following parties as noted:

William W. Smith, Esq.
Smith & Alspaugh, PC
505 N 20th St., Ste. 1100
Birmingham, AL 35203
CM/ECF electronic noticing system

McCulloch AMC/Jeep
2606 Hwy 31 S
Decatur, AL 35601
US Postal Service

Office of the Attorney General
11 South Union St., 3rd floor
Montgomery, AL 36130
US Postal Service

_____
Of Counsel