IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter A.L.C., deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAIMLERCHRYSLER CORPORATION and )<br>McCULLOCH AMC/JEEP, et al., )<br>)<br>Defendants. ) | Case No. CV 07-578 |

## UNOPPOSED MOTION FOR ISSUANCE OF HIPAA ORDER

Defendant Chrysler LLC hereby requests that the Court enter the attached proposed Qualified HIPAA Protective Order. Chrysler has provided a copy of the order to counsel for Plaintiff, who has expressed no objection. The attached Qualified HIPAA Protective Order will enable the parties to obtain information falling within the HIPAA guidelines. The records requested are relevant to the subject matter of this action and are needed in order to properly defend and prosecute the claims in this case.

**WHEREFORE, PREMISES CONSIDERED**, Chrysler LLC respectfully requests that the Court sign and enter the attached order.

_____
Attorney for Defendant Chrysler LLC

OF COUNSEL:
Michael L. Bell (BELLM6182)
*mbell@lfwlaw.com*
J. Chandler Bailey (BAILC4526)
*cbailey@lfwlaw.com*

Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lfwlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of November, 2007, a true and correct copy of the foregoing was served on the following parties as noted:

William W. Smith, Esq.
Smith & Alspaugh, PC
505 N 20th St., Ste. 1100
Birmingham, AL  35203
CM/ECF electronic noticing system

McCulloch AMC/Jeep
2606 Hwy 31 S
Decatur, AL  35601
US Postal Service

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter A.L.C., deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CV 07-578 |
| DAIMLERCHRYSLER CORPORATION and ) McCULLOCH AMC/JEEP, et al., ) ) | |
| Defendants. ) | |

## **QUALIFIED HIPAA PROTECTIVE ORDER**

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

  The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

  DONE and ORDERED this _____ day of _____, 2007.

_____
United States District Judge