IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, ALC, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER COMPANY LLC; McCULLOCH AMC/JEEP, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 2:07-CV-578-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendant Chrysler LLC (formerly known as DaimlerChrysler Company LLC), formerly DaimlerChrysler Corporation, by conversion effective March 31, 2007, hereby requests leave from the Court to amend its Answer. A copy of Chrysler's Amendment to Answer is attached hereto as Exhibit A. In support of this motion, Chrysler states as follows:

1. In its Answer dated June 25, 2007, Chrysler asserts as Affirmative Defense 11 that Plaintiff's claims are barred by the applicable "statute or rule of repose."

2. Chrysler's proposed amendment to its Answer clarifies Chrysler's intent to assert separately that Plaintiff's claims are barred by, without limitation, Alabama's common law rule of repose and Ala. Code § 6-5-502(c).

3. The undersigned counsel for Chrysler has consulted with Plaintiff's counsel regarding Chrysler's proposed amendment, and Plaintiff does not oppose this motion.

4.  The Court's September 21, 2007 scheduling order established December 5, 2007 as the deadline for amending pleadings; therefore, leave of Court is required for the proposed amendment pursuant to Rule 15.

WHEREFORE, Chrysler respectfully requests that the Court grant it leave to file the Amendment to Answer attached as Exhibit A.

/s/ 
Attorney for Chrysler LLC

OF COUNSEL:
Michael L. Bell (BELLM6182)
*mbell@lightfootlaw.com*
J. Chandler Bailey (BAILC4526)
*cbailey@lightfootlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of February, 2008, a true and correct copy of the foregoing was served on the following parties as noted:

William W. Smith, Esq.
Smith & Alspaugh, PC
505 N 20th St., Ste. 1100
Birmingham, AL 35203
CM/ECF electronic noticing system

/s/
Of Counsel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, ALC, deceased, <br><br> Plaintiff, <br><br> v. <br><br> DAIMLERCHRYSLER COMPANY LLC; McCULLOCH AMC/JEEP, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:07-CV-578-MEF |

## **AMENDMENT TO ANSWER**

Defendant Chrysler LLC (formerly known as DaimlerChrysler Company LLC), formerly DaimlerChrysler Corporation, by conversion effective March 31, 2007, amends its Answer to add the following affirmative defenses:

51. Some or all of Plaintiff's claims are barred by Alabama's common law rule of repose.

52. Some or all of Plaintiff's claims are barred by Ala. Code § 6-5-502(c). Chrysler LLC further asserts that the Alabama Supreme Court's holding in Lankford v. Sullivan, Long & Hagerty, 416 So. 2d 996 (Ala. 1992), that Ala. Code § 6-5-502(c) is unconstitutional was wrongfully decided, is due to be overruled, and is inconsistent with more recent Alabama Supreme Court precedent, e.g. Ex parte Liberty National Life Ins. Co., 825 So. 2d 758 (Ala. 2002).

53. Chrysler LLC reserves the right to amend its Answer to add any additional affirmative defenses or other defenses as additional information becomes available.

                                              Attorney for Defendant Chrysler LLC

OF COUNSEL:
Michael L. Bell (BELLM6182)
*mbell@lightfootlaw.com*
J. Chandler Bailey (BAILC4526)
*cbailey@lightfootlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

     This is to certify that on this _____ day of _____ 2008, a true and correct copy of the foregoing was served on the following counsel of record as indicated:

    William W. Smith, Esq.
    Smith & Alspaugh, PC
    505 N 20th St., Ste. 1100
    Birmingham, AL  35203
    email notification through CM/ECF

                                                Of Counsel