IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATTY CLECKLER, as the natural           )
mother of her minor daughter, A.LC.,     )
deceased,                                )
                    Plaintiff,           )
v.                                       )     CASE NO. 2:07-cv-578-MEF
                                         )
DAIMLERCHRYSLER CORPORATION,             )
INC., *et al.* ,                         )
                                         )
                    Defendants.          )

## O R D E R

Upon consideration of the defendant's Motion for Leave to File Amended Answer

(Doc. #15) filed on February 25, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of February, 2008.


_____
          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE