IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the Natural Mother of her minor daughter, ALC, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAIMLERCHRYSLER COMPANY LLC; )<br>McCULLOCH AMC/JEEP, et al., )<br><br>Defendants. ) | CIVIL ACTION NO. 2:07-CV-578-MEF |

## AMENDMENT TO ANSWER

Defendant Chrysler LLC (formerly known as DaimlerChrysler Company LLC), formerly DaimlerChrysler Corporation, by conversion effective March 31, 2007, amends its Answer to add the following affirmative defenses:

51.  Some or all of Plaintiff's claims are barred by Alabama's common law rule of repose.

52.  Some or all of Plaintiff's claims are barred by Ala. Code § 6-5-502(c). Chrysler LLC further asserts that the Alabama Supreme Court's holding in Lankford v. Sullivan, Long & Hagerty, 416 So. 2d 996 (Ala. 1992), that Ala. Code § 6-5-502(c) is unconstitutional was wrongfully decided, is due to be overruled, and is inconsistent with more recent Alabama Supreme Court precedent, e.g. Ex parte Liberty National Life Ins. Co., 825 So. 2d 758 (Ala. 2002).

53.  Chrysler LLC reserves the right to amend its Answer to add any additional affirmative defenses or other defenses as additional information becomes available.

_____
Attorney for Defendant Chrysler LLC

OF COUNSEL:
Michael L. Bell (BELLM6182)
*mbell@lightfootlaw.com*
J. Chandler Bailey (BAILC4526)
*cbailey@lightfootlaw.com*
Wesley B. Gilchrist (GILCW4083)
*wgilchrist@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700
Facsimile (205) 581-0799

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of March, 2008, a true and correct copy of the foregoing was served on the following counsel of record as indicated:

William W. Smith, Esq.
Smith & Alspaugh, PC
505 N 20th St., Ste. 1100
Birmingham, AL 35203
email notification through CM/ECF

_____
Of Counsel