IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATTY CLECKLER, as the Natural mother of her minor daughter, APRIL LYNETTE CONNELL, deceased )<br><br>Plaintiff, )<br>v. )<br><br>DAIMLERCHRYSLER CORPORATION, INC., et al )<br><br>Defendants. | CASE NO.: 2:07-cv-00578-MEF |

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case has been resolved. The attorneys of record will be forwarding you the appropriate dismissal documents within the next several days.

Please note that said counsel have done an outstanding job in achieving resolution while representing the best interests of their clients.

I appreciate the opportunity to have been of assistance to the parties, their counsel, and the Court.

Respectfully submitted,

*Rodney A. Max*
Rodney A. Max

UPCHURCH WATSON WHITE & MAX
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622
305-266-1224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this June 12, 2008, to the following:

William W. Smith, Esquire
Nicole Leah Judge, Esquire
William Cone Owen, Esquire
SMITH & ALSPAUGH, P.C.
1100 Financial Center
505 20th Street North
Birmingham, AL 35203
(205) 324-8910 / (205) 328-8929

J. Bradley Powell, Esquire
Wesley Gilchrist, Esquire
Lightfoot Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
(205) 581-0700 / (205) 581-0799

_____
RODNEY A. MAX