IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter A.L.C., deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:07-cv-00578-MEF |
| DAIMLERCHRYSLER CORPORATION and McCULLOCH AMC/JEEP, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

Come now Plaintiff Patty Cleckler, as the natural mother of her minor daughter, A.L.C., deceased, and Defendant Chrysler, LLC (formerly known as DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation), and stipulate and agree that any and all claims or causes of action asserted against Defendant Chrysler, LLC by Plaintiff be dismissed with prejudice, costs taxed as paid. A proposed Order for entry by this Court is attached. Respectfully submitted this ____26____ day of ___June___ 2008,

/s/ William W. Smith
Attorney for Plaintiff Patty Cleckler, as the
natural mother of her minor daughter,
A.L.C., deceased

William W. Smith, Esq.
W. Cone Owen Jr., Esq.
Nicole L. Judge, Esq.
Smith & Alspaugh, PC
505 20th St. N, Ste. 1100
Birmingham, AL 35203

/s/
Attorney for Defendant Chrysler, LLC
(formerly known as DaimlerChrysler Company
LLC, formerly DaimlerChrysler Corporation)

Michael L. Bell (BELLM6182)
J. Chandler Bailey (BAILC4526)
Wesley B. Gilchrist (GILCW4083)
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter A.L.C., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>DAIMLERCHRYSLER CORPORATION and McCULLOCH AMC/JEEP, et al.,<br><br>    Defendants. | Case No. 2:07-cv-00578-MEF |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court having considered the same, it is hereby

**ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiff Patty Cleckler, as the natural mother of her minor daughter, A.L.C., deceased, against Defendant Chrysler, LLC (formerly known as DaimlerChrysler Company LLC, formerly DaimlerChrysler Corporation) in this action are hereby DISMISSED with prejudice, costs taxed as paid.

**DONE and ORDERED** this ____ day of _____, 2008.

                                                              _____
                                                              U.S. District Court Judge

cc:    All counsel of record