IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATTY CLECKLER, as the natural mother of her minor daughter, A.LC., deceased, )<br>Plaintiff, )<br>v. )<br>)<br>DAIMLERCHRYSLER CORPORATION, INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:07-cv-578-MEF |

## **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #19) filed on July 2, 2008, it is hereby

ORDERED that all claims against defendant Chrysler, LLC (formerly known as DaimlerChrysler Company LLC, formerly Daimler Chrysler Corporation) are DISMISSED with prejudice, each party to bear its own costs.

It is further ORDERED that plaintiff's claims as set forth in the complaint remain against all other defendants, named or unnamed.

DONE this the 9th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE